IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00354-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     MICHAEL JAY SHIDLER,

     Defendant.

---

## ORDER

---

THIS MATTER comes before the Court on the Government's Unopposed Motion to Enlarge its Time for Filing Expert Proffer Submissions and for Corresponding Extensions of Time to Related Filing Deadlines Under the Court's Order Marshaling Expert Witness Testimony (Docket Entry No.   ).

Having reviewed and considered the motion and being otherwise duly advised in the premises,

**IT IS HEREBY ORDERED** that the motion (Docket Entry No.30) is GRANTED, and

**IT IS FURTHER ORDERED** that:

(1)     the filing deadlines imposed under the Court's Order Marshaling Expert Witness Testimony (Docket Entry No. 45) are each extended by fourteen days;

(2)     Based on the current trial setting, the following schedule for expert proffers and objections to same is imposed:

| Govt. Expert Proffer | By February 21, 2006 |
|---|---|
| Defense Objections to Govt. Proffer | By March 13, 2006 |
| Defense Expert Proffer | By March 23, 2006 |
| Govt. Objections to Defense Proffer | By April 12, 2006 |

DONE AND SO ORDERED at Denver, Colorado this 3rd day of February, 2006.


s/ Robert E. Blackburn
HON. ROBERT E. BLACKBURN
UNITED STATES DISTRICT JUDGE