**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00354-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MICHAEL JAY SHIDLER,

      Defendant.

---

MINUTE ORDER[1]

---

      This matter having come before the Court on the Unopposed Motion by Defendant Michael Shidler to Postpone Surrender Date [# 96], filed August 16, 2006, and the Court having reviewed the file in this matter;

      IT IS ORDERED that Defendant Michael Shidler's Unopposed Motion to Postpone Surrender Date [#96] is **GRANTED**.  That the surrender date of August 21, 2006 for Defendant Michael Shidler to surrender to the custody of the Bureau of Prisons is **postponed until October 23, 2006 at 12:00 p.m.**

Dated: August 17, 2006

---

      [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.