# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release** |
| v. | Case Number:  04-cr-00354-REB-01 |
| | USM Number:  32845-013 |
| MICHAEL JAY SHIDLER | Matthew Golla, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 1 through 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations (continued on next page):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Leaving the District Without Permission | 10/21/07 |
| 2 | Failure to Pay Fine as Directed | 09/2007 |

The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

December 8, 2008
_____
Date of Imposition of Judgment

s/ Robert E. Blackburn
_____
Signature of Judge

Robert E. Blackburn, U.S. District Judge
_____
Name & Title of Judge

December 9, 2008
_____
Date

## ADDITIONAL VIOLATIONS
(Continued from previous page)

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Report to the Probation Officer as Directed | 08/09/07 |
| 4 | Failure to Comply with Rules of Electronic Monitoring | 08/10/07 |
| 5 | Failure to Comply with Rules of Electronic Monitoring | 01/31/07 |
| 6 | Violation of Special Condition No. 9, The defendant shall maintain separate personal and business finances and shall not co-mingle personal and business funds or income in any financial accounts, including but not limited to bank accounts and lines of credits | 09/2007 |

The court conducted a dispositional hearing on December 8, 2008, during which it entered its statement of reasons in the form of findings of fact, conclusions of law, and orders, all of which are incorporated in this judgment by this reference.

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months.

The defendant shall surrender for service of sentence at the institution designated by the United States Bureau of Prisons on January 19, 2009, before 12:00 p.m. (noon).

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By_____
Deputy United States Marshal