IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00354-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL JAY SHIDLER,

        Defendant.

## AMENDED ORDER TO SURRENDER IN LIEU OF TRANSPORTATION BY THE UNITED STATES MARSHAL

      IT IS ORDERED that Defendant, MICHAEL JAY SHIDLER, having been sentenced in the above-named case to the custody of the Bureau of Prisons, shall surrender himself by reporting to the Warden, Federal Correctional Institution, Englewood, in Littleton, Colorado, on February 9, 2009, by 12:00 p.m. (noon), and shall travel at his own expense.

      DATED at Denver, Colorado, January 23, 2009.

                            BY THE COURT:

                            *Bob Blackburn*
                            Robert E. Blackburn
                            United States District Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**U.S. v. MICHAEL JAY SHIDLER**
Criminal Case No. 04-cr-00354-REB-01

### CERTIFICATE OF MAILING/DELIVERY

I hereby certify that a copy of the Order to Surrender in Lieu of Transportation by the United States Marshal signed on _____, was delivered/mailed to the following on _____:

| | |
|---|---|
| Matthew C. Golla | FCI Englewood |
| | mail |
| email | Mailed |
| | |
| Kenneth Harmon | |
| Assistant U.S. Attorney | U.S. Marshal |
| 1225 Seventeenth St., Suite 700 | Denver, CO |
| 17th Street Plaza | |
| Denver, CO 80202 | Delivered |
| | |
| Delivered | |
| | |
| email | |

FREDERICK G. BACH
CHIEF PROBATION OFFICER

By: _____
Terry Boyd
Support Specialist