**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00354-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL JAY SHIDLER,

    Defendant.

## ORDER GRANTING MOTION FOR RETURN OF PROPERTY

**Blackburn, J.**

The matter before me is defendant's **Motion For Return of Property Pursuant to Rule 41(e)** [#160] filed August 5, 2009. The government has no objection, *see* response [#163] filed August 24, 2009. I grant the motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Motion For Return of Property Pursuant to Rule 41(e)** [#160] filed August 5, 2009, is **GRANTED**; and

2. That the clerk of the court is **AUTHORIZED** to return the passport of the defendant to the defendant.

Dated September 28, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge